PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 4:95-CR-55-1F

MICHAEL ANTHONY HOLLIS

On December 29, 2006, the above named was placed on supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                              Respectfully submitted,

/s/Jeffrey L. Keller                                /s/Tuell Waters
Jeffrey L. Keller                                   Tuell Waters
Supervising U.S. Probation Officer                  U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____6th____ day of ____July____, 2010.

James C. Fox
Senior U.S. District Judge